**Thomas J. LYNES, Petitioner, Appellant,**

v.

**Timothy HALL, Respondent, Appellee.**

No. 01–2494.

United States Court of Appeals, First Circuit.

Oct. 22, 2002.

Thomas J. Lynes on brief, pro se.

Thomas F. Reilly, Attorney General and Linda A. Wagner, Assistant Attorney General, Criminal Bureau, on brief, for appellee.

Before BOUDIN, Chief Judge, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

*Pro se* petitioner Thomas Lynes appeals a district court order that dismissed his 28 U.S.C. § 2254 petition. Having thoroughly reviewed the record and the parties' briefs on appeal, we agree that the Massachusetts Appeals Court's decision was neither "contrary to" nor an "unreasonable application" of *Boykin v. Alabama*, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969), and its progeny. Accordingly, the judgment of the district court is *affirmed.* *See* Local Rule 27(c).